IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:16-CR-89 |
| vs. | ORDER |
| MICHAEL POORE, | |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion for Dismissal (filing 18). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment.

IT IS ORDERED:

1. The plaintiff's Motion for Dismissal (filing 18) is granted.

2. The indictment is dismissed.

3. This case is closed.

Dated this 4th day of May, 2016.

BY THE COURT:

_____
John M. Gerrard
United States District Judge